FILED

February 29, 2012

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004098010

2

1   WILLIAM W. HUCKINS (BAR NO. 201098)
    THOR D. MCLAUGHLIN (BAR NO. 257864)
2   ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3   Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
4   Phone:  (415) 837-1515
    Fax:  (415) 837-1516
5   E-Mail:  whuckins@allenmatkins.com
             tmclaughlin@allenmatkins.com
6

    Attorneys for Secured Creditor
7   ONEWEST BANK, FSB

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10                        **SACRAMENTO DIVISION**

| | |
|---|---|
| 11  In re | Case No. 12-22149 |
| 12  CAPTAIN'S TABLE HOTEL, LLC, | Chapter 11 |
| 13      Debtor. | **DCN:  WWH-002** |
| 14 | **DECLARATION OF DONNA WHITAKER IN SUPPORT OF ONEWEST BANK, FSB'S MOTION FOR AN ORDER (1) DISMISSING THE CHAPTER 11 CASE FOR CAUSE; OR, IN THE ALTERNATIVE, (2) FOR RELIEF FROM THE AUTOMATIC STAY** |
| 18 | Date:  March 14, 2012 |
| 19 | Time:  10:00 a.m. |
| | Place:  Courtroom 35 |
| 20 | 501 I Street, Suite 3-200, Sacramento, California |
| 21 | Judge:  Hon. Christopher Klein |

22          I, Donna Whitaker, hereby declare and state as follows:

23          1.      I am an individual over the age of eighteen years and a resident of Sacramento

24   County, California.  All facts set forth herein are true and correct.  If called to testify in this matter,

25   I could and would competently testify thereto under oath.

26          2.      I am a Director with CBRE Valuation & Advisory Services ("CBRE") and I am a

27   Certified General Real Estate Appraiser.  My California State Appraiser's Certificate Number is

28   AG014179.  A copy of my qualifications statement is attached hereto as Exhibit 1.

3.      As indicated in my qualifications statement, I have been a real estate appraiser for twenty (20) years.  I have extensive experience in appraising real estate developments, including multi-family developments, hotels and resort properties.  I am familiar with the Sacramento metropolitan region, comprised of Yolo, El Dorado, Placer, and Sacramento counties, and have previously appraised real estate in the area.

3.      In January 2012, CBRE was retained by OneWest Bank, FSB ("OneWest"), to appraise that certain hotel commonly referred to as 4350 Riverside Boulevard, Sacramento, California, consisting of a 100 room boutique hotel, as more particularly described in my appraisal report accompanying this declaration (the "Property").

4.      On or about February 6, 2012, I delivered my appraisal report of the Property to OneWest.  Attached hereto as Exhibit 2, and incorporated herein by this reference, is a true and correct copy of the appraisal report.  As indicated in my appraisal report, I have concluded that the "as is" market value of the Property, as of January 27, 2012, is $13.2 million, subject to all of the conditions, qualifications, and limitations set forth in the appraisal report.

5.      As part of my appraisal, I evaluated the highest and best use of the Property.  I have concluded that the highest and best use of the Property is to continue its operation as a full service hotel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of February, 2012, at Sacramento, California.

_____
Donna Whitaker

LAW OFFICES
Jien Matkins Leck Gamble
Mallory & Natsis LLP

836428.01/SF